*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00666-CR

James Jason **HUMPHREYS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 247002
Honorable Monica E. Guerrero, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  December 10, 2008

DISMISSED

The trial court's certification in this appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." It further states "the defendant has waived the right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). On October 14, 2008, we ordered that this appeal would be dismissed pursuant to Rule 25.2(d) unless appellant filed an amended trial court

certification showing that he had the right of appeal by November 13, 2008. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no pet.). No such amended trial court certification has been filed. Therefore, Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH